**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE:  PRISCILLA RELIFORD**               **CASE NO:  20-11792**
             **DEBTOR**                                        **CHAPTER 7**

## MOTION TO COMPEL TURNOVER

**COMES NOW** the Chapter 7 Trustee and files this Motion to Compel Turnover and states as follows:

1. Debtor filed this chapter 7 case on May 12, 2020.

2. On that date debtor had a balance in one of her bank accounts of $8,526.19.

3. The bank account is property of the bankruptcy estate.

4. The funds in the bank account are not exempt.

5. The undersigned requests this Court require the debtor to turn over the funds as these funds are not exempt.

**WHEREFORE,** the trustee prays that this Court enter an order demanding the debtor turn over the $8,526.19 from debtor's bank account.

**RESPECTFULLY** submitted, this the 22nd day of June 2020.

　　　　　　　　　　　　　　　　　　　　___/s/William L. Fava_____
　　　　　　　　　　　　　　　　　　　　WILLIAM L. FAVA (MSB# 101348)
　　　　　　　　　　　　　　　　　　　　Chapter 7 Trustee

P.O. Box 783
Southaven, MS  38671
(662) 536-1116

## CERTIFICATE OF SERVICE

I, William L. Fava, Chapter 7 Trustee, do hereby certify that I have this day mailed a true and correct copy of the above Motion to Compel Turnover to the following:

U.S. Trustee
Via ECF at USTPRegion05.AB.ECF@usdoj.gov

Matthew Harris
Via ECF at MHARRIS@MYHARRISLAW.COM

DATED:  June 22, 2020


            ___/s/William L. Fava_____
            WILLIAM L. FAVA
            Chapter 7 Trustee


P.O. Box 783
Southaven, MS  38671
(662) 536-1116